**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JASON LEOPOLD and<br>RYAN NOAH SHAPIRO,<br><br>       Plaintiffs,<br><br>       v.<br><br>UNITED STATES DEPARTMENT OF<br>JUSTICE,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:14-cv-02198 (JEB)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT REQUEST FOR FOUR-WEEK EXTENSION
TO SUBMIT PROPOSED BRIEFING SCHEDULE**

Plaintiffs, Jason Leopold and Ryan Shapiro, filed this lawsuit under the Freedom of Information Act ("FOIA") on December 24, 2014, seeking processing of their September 5, 2014, FOIA request to the Department of Justice ("DOJ"). On March 2, 2015, the DOJ filed its answer. The same day, the Court ordered the parties to confer and file, by March 11, 2015, a proposed briefing schedule. The parties have conferred, and jointly request a four-week extension, or until April 8, 2015, to submit the proposed briefing schedule. The reasons for this request are as follows:

1.    The DOJ has completed its initial searches, and over 8,000 potentially responsive items have been identified. These documents still need to be reviewed for responsiveness, as well as for duplicates.

2.    In order for DOJ to be in a better position to provide plaintiffs with a release date for non-exempt information, as well as to enable the parties to agree on dates for briefing

schedules, the parties jointly request an additional four weeks, or until April 8, 2015, by which to provide a proposed briefing schedule.

Dated: March 11, 2015

                                      Respectfully Submitted,

                                      */s/ Jeffrey Light*
                                    JEFFREY LIGHT (D.C. Bar 485360)
                                    1712 Eye St., NW
                                    Suite 915
                                    Washington, DC 20006
                                    (202)277-6213
                                    Jeffrey.Light@yahoo.com

                                    **Counsel for Plaintiffs**


                                    BENJAMIN C. MIZER
                                    Acting Assistant Attorney General

                                    RONALD C. MACHEN
                                    United States Attorney

                                    ELIZABETH J. SHAPIRO
                                    Deputy Branch Director
                                    Civil Division

                                     */s/ Vesper Mei*
                                    VESPER MEI (D.C. Bar 455778)
                                    Senior Counsel
                                    United States Department of Justice
                                    Civil Division, Federal Programs Branch
                                    20 Massachusetts Ave, NW
                                    Washington, D.C.  20530
                                    Telephone: (202) 514-4686
                                    E-mail: vesper.mei@usdoj.gov

                                    **Counsel for Defendant**